# Exhibit 2

Claim Chart: 1

| US9087451 | Parrot ANAFI Ai ('accused product') |
|---|---|
| 1. A computer-implemented method of communicating with an unmanned aerial vehicle, comprising: | The Parrot ANAFI Ai is an unmanned aerial vehicle (UAV) equipped with built-in 4G LTE connectivity, enabling computer-implemented bidirectional communication with controller and cloud services.<br><br><br><br>https://www.parrot.com/en/drones/anafi-ai<br><br>**4G**<br><br>ANAFI Ai integrates a 4G radio module (in addition to the Wi-Fi radio) allowing to transmit a video in 1080p with a very low latency (300 ms) without range limit and everywhere in the world.<br><br>https://www.parrot.com/en/drones/anafi-ai/technical-documentation/connectivity |



https://www.parrot.com/en/drones/anafi-ai/technical-documentation/connectivity

"Remote control drone connection in 4G"

ANAFI Ai connects to the 4G remote control in less than 30 seconds when the drone is not in Wi-Fi range, and in less than 15 seconds when the drone is in Wi-Fi range.

- Discovery and initiation of the connection based on the VOIP SIP protocol
- Use of a relay server to establish the connection on secured networks

https://www.parrot.com/en/drones/anafi-ai/technical-documentation/connectivity

# Open source Development Tools

All our SDK resources are available for free, without registration or tracking, on the Parrot Developer Portal.
In addition to Ground SDK, Air SDK, OpenFlight and Sphinx, you can also develop Python scripts with Olympe, process video and metadata with PDrAW, and fly drones using the open-source standards MAVLink and GUTMA (Global UTM Association) protocols.

https://www.parrot.com/en/open-source-development-tools-2

## Air SDK

| Run your code on ANAFI Ai

Air SDK provides a breakthrough technological architecture to load and run code directly on ANAFI Ai. Developers can program custom-designed flight missions with access to all drone sensors, connectivity interfaces, and autopilot features.

Air SDK give onboard access to:

- All the sensors (IMU, GPS, TOF) and flight states
- Video streams and metadata from all cameras
- Wi-Fi, 4G, USB communication interfaces
- Depth maps and occupation grids
- Obstacle avoidance trajectory generation

https://www.parrot.com/us/drones/anafi-ai/technical-documentation/sdk



https://www.parrot.com/us/drones/anafi-ai/technical-documentation/sdk

## MAVLink and GUTMA compatibility

Drones in the ANAFI range are compatible with the open-source standard MAVLink v1 protocol, allowing for real-time data exchange between the UAV and a control station. ANAFI drones can be flown manually or using automatic flight planning from MAVLink compatible base station, such as QGroundControl.

**⊞ Find out more about MAVLink protocol**

ANAFI range of drones is compatible with the open-source GUTMA standard protocol for flight data. The Global UTM Association is a consortium of major players in the field of airspace traffic management.

**⊞ Find out more about GUTMA protocol**

https://www.parrot.com/en/open-source-development-tools-2

| transmitting, via a | The Parrot ANAFI Ai supports 4G LTE cellular network. It receives cellular connection establishment and |

| | |
|---|---|
| transmitter of a communications station, a first message for receipt by an unmanned aerial vehicle, the first message comprising an identifier associated with the communications station,<br><br>wherein the communications station is mounted to a lighting assembly that is located within a proximity of a roadway, and wherein at least a portion of the lighting assembly is configured to remain in physical contact with the ground; | configuration messages from a 4G LTE cellular base station. The 4G LTE cellular base station is generally mounted on a tower within a proximity of a roadway.<br><br>"Remote control drone connection in 4G"<br><br>ANAFI Ai connects to the 4G remote control in less than 30 seconds when the drone is not in Wi-Fi range, and in less than 15 seconds when the drone is in Wi-Fi range.<br><br>• Discovery and initiation of the connection based on the VOIP SIP protocol<br>• Use of a relay server to establish the connection on secured networks<br><br>https://www.parrot.com/en/drones/anafi-ai/technical-documentation/connectivity<br><br>## Key Features<br><br>• Ability to conduct BVLos flights<br>• Always connected, worldwide continuous connection to the Internet<br>• Worldwide LTE compatibility<br>• Real time streaming with 12 Mbps video bitrate / Low latency 1080p streaming<br>• In-flight cloud file transfer<br><br>https://www.parrot.com/en/drones/anafi-ai/technical-documentation/connectivity |

Sorry for the delay. It is possible to obtain telemetry data from the cellular process. There are 3 telemetry sections available:

- cellulard_0

- fdr_cellulard_0

- dbg_cellulard_0

You can list the data available in each telemetry section with this command (to be executed in the drone shell):

```
tlm-shm-dump [TELEMETRY NAME SECTION]
# For example:
tlm-shm-dump cellulard_0
tlm-shm-dump fdr_cellulard_0
tlm-shm-dump dbg_cellulard_0
```

https://forum.developer.parrot.com/t/extraction-of-4g-lte-rf-parameters/21704



Command and control    Autonomous flights    Occupation grid    Custom flight mission

Camera video feeds    Telemetry    Wifi/4G connectivity    Internal and external storage

https://www.parrot.com/us/drones/anafi-ai/technical-documentation/sdk



https://www.parrot.com/en/drones/anafi-ai/technical-documentation/connectivity



LTE RRC connection setup

https://medium.com/long-term-evolution/lte-rrc-connection-setup-76a2dd373f47

| | |
|---|---|
| receiving a second message from the unmanned aerial vehicle via a receiver of the communications station, the second message comprising an identifier associated with the unmanned aerial vehicle; and | The Parrot ANAFI Ai supports 4G LTE cellular network. It sends cellular connection establishment request and configuration messages to a 4G LTE cellular base station.<br><br>"Remote control drone connection in 4G" |

ANAFI Ai connects to the 4G remote control in less than 30 seconds when the drone is not in Wi-Fi range, and in less than 15 seconds when the drone is in Wi-Fi range.

- Discovery and initiation of the connection based on the VOIP SIP protocol
- Use of a relay server to establish the connection on secured networks

https://www.parrot.com/en/drones/anafi-ai/technical-documentation/connectivity

## Key Features

- Ability to conduct BVLos flights
- Always connected, worldwide continuous connection to the Internet
- Worldwide LTE compatibility
- Real time streaming with 12 Mbps video bitrate / Low latency 1080p streaming
- In-flight cloud file transfer

https://www.parrot.com/en/drones/anafi-ai/technical-documentation/connectivity

Sorry for the delay. It is possible to obtain telemetry data from the cellular process. There are 3 telemetry sections available:

- cellulard_0

- fdr_cellulard_0

- dbg_cellulard_0

You can list the data available in each telemetry section with this command (to be executed in the drone shell):

```
tlm-shm-dump [TELEMETRY NAME SECTION]
# For example:
tlm-shm-dump cellulard_0
tlm-shm-dump fdr_cellulard_0
tlm-shm-dump dbg_cellulard_0
```

https://forum.developer.parrot.com/t/extraction-of-4g-lte-rf-parameters/21704



https://www.parrot.com/us/drones/anafi-ai/technical-documentation/sdk



https://www.parrot.com/en/drones/anafi-ai/technical-documentation/connectivity



https://medium.com/long-term-evolution/lte-rrc-connection-setup-76a2dd373f47

| | |
|---|---|
| transmitting a third message via the transmitter of the communications station for receipt by the unmanned aerial vehicle, the third message comprising an indication of an altitude at which the unmanned | The Parrot ANAFI Ai supports 4G LTE network. It receives the flight commands, including target altitude, sent from a ground control station to the ANAFI Ai via the LTE network base stations (communication station). |

| aerial vehicle should fly. | ## Key Features<br><br>- Ability to conduct BVLos flights<br>- Always connected, worldwide continuous connection to the Internet<br>- Worldwide LTE compatibility<br>- Real time streaming with 12 Mbps video bitrate / Low latency 1080p streaming<br>- In-flight cloud file transfer<br><br>https://www.parrot.com/en/drones/anafi-ai/technical-documentation/connectivity<br><br>## Air SDK<br><br>**Run your code on ANAFI Ai**<br><br>Air SDK provides a breakthrough technological architecture to load and run code directly on ANAFI Ai. Developers can program custom-designed flight missions with access to all drone sensors, connectivity interfaces, and autopilot features.<br><br>Air SDK give onboard access to:<br><br>- All the sensors (IMU, GPS, TOF) and flight states<br>- Video streams and metadata from all cameras<br>- Wi-Fi, 4G, USB communication interfaces<br>- Depth maps and occupation grids<br>- Obstacle avoidance trajectory generation<br><br>https://www.parrot.com/us/drones/anafi-ai/technical-documentation/sdk |
|---|---|

## Olympe

**Use Python to control ANAFI Ai**

Olympe provides a Python controller programming interface for ANAFI Ai. The original purpose of Olympe is to interact with the simulation environment Sphinx. Olympe can also control a physical ANAFI Ai from a remote computer.

Olympe framework allows you to:

- Connect to simulated or physical ANAFI Ai
- Send command messages (piloting, camera orientation, RTH, FlightPlan)
- Start and stop video streaming of all cameras
- Record the video stream and the synced metadata



https://www.parrot.com/us/drones/anafi-ai/technical-documentation/sdk

```
command message olympe.messages.ardrone3.Piloting.StartPilotedPOI(latitude, longitude, altitude,
    _timeout=5, _no_expect=False, _float_tol=(1e-07, 1e-09))
```

ardrone3.Piloting.StartPilotedPOI

Start a piloted Point Of Interest. During a piloted POI, the drone will always look at the given POI but can be piloted normally. However, yaw value is ignored. Camera tilt and pan command is also ignored. Ignored if `PilotedPOI()` state is UNAVAILABLE.

PARAMETERS:

- **latitude** (*double*) – Latitude of the location (in degrees) to look at
- **longitude** (*double*) – Longitude of the location (in degrees) to look at
- **altitude** (*double*) – Altitude above take off point (in m) to look at
- **_timeout** (*int*) – command message timeout (defaults to 5)
- **_no_expect** (*bool*) – if True for,do not expect the usual command expectation (defaults to False)
- **_float_tol** (*tuple*) – specify the float comparison tolerance, a 2-tuple containing a relative tolerance float value and an absolute tolerate float value (default to (1e-07, 1e-09)). See python 3 stdlib *math.isclose* documentation for more information

https://developer.parrot.com/docs/olympe/arsdkng_ardrone3_piloting.html

# Overview

The Ground SDK FlightPlan is sent as a MAVlink text file to the drone.

The first line contains the file format and version information, while subsequent lines are mission item which can be either waypoints or actions (Example: Start/Stop recording, take picture).

## Mission item

Mission items are a subset of MAVlink messages with custom messages added in.

Messages are interpreted using the following specification: V2 is closer to the standard MAVlink specifications. It is supported on **ANAFI Ai**.

## Start Sequence

**ANAFI Ai** implements a new start sequence to guarantee a consistent and repeatable start of a FlightPlan.

At the start of the FlightPlan, two intermediate waypoints, **A** and **B**, will be added to the sequence.

**A** will be set above the current drone position and the altitude will be determined by the highest between:

1. Traveling altitude of the Return to Home (RTH) feature
2. Altitude of the first waypoint
3. Current altitude

**B** will be created above the first waypoint of the FlightPlan and at the same altitude of **A**. During the translation between **A** and **B**, the camera will always look towards **B**.

https://developer.parrot.com/docs/mavlink-flightplan/overview.html



https://www.parrot.com/en/support/anafi-ai/how-do-i-use-touch-fly-function-anafi-ai

Single tap a point on the map to select a destination for ANAFI Ai: this point is marked as a black circle with a green border. Use the sliders on the right of the screen to set the drone's altitude and speed. Tap "<" from the top right of the interface to exit the WP settings options.



https://www.parrot.com/en/support/anafi-ai/how-do-i-use-touch-fly-function-anafi-ai